654

No. 858. PORESKY *v.* RYAN, REGISTRAR OF MOTOR VEHICLES. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Joseph Poresky, pro se.* No appearance for respondent.

No. 865. COSSACK *v.* UNITED STATES. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Loeb L. Cossack, pro se.* No appearance for the United States.

No. 752. OELBERMANN ET AL. *v.* NATIONAL CITY BANK. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Kenneth E. Walser* and *Ralph B. Evans* for petitioners. *Messrs. Carl A. Mead* and *Frank A. F. Severance* for respondent.

No. 770. WIMBERLY ET AL. *v.* COWAN INVESTMENT CORP. ET AL. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. L. Chenault* for petitioners. No appearance for respondents.

No. 773. J. T. KNIGHT & SON, INC. *v.* SUPERIOR FIRE INSURANCE Co. April 6, 1936. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Cir-